UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TYLER MCCRANEY, | : | Case No. 1:14-cv-379 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| WALTER SAMMONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE  (Doc. 20)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court and, on April 27, 2015,

submitted a Report and Recommendations.  (Doc. 20).  Plaintiff did not file any

objections.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in its

entirety.  Accordingly, this case is **DISMISSED** for want of prosecution and failure to

obey a Court Order.

**IT IS SO ORDERED**.

Date: _5/15/15_

Timothy S. Black
United States District Judge